NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SPARKS BELTING COMPANY,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

---

2010-1442

---

Appeal from the United States Court of International Trade No. 02-CV-0245, Senior Judge Nicholas Tsoucalas.

---

**JUDGMENT**

---

LYNN S. PREECE, Edmund Maciorowski, P.C., of Bloomfield Hills, Michigan, argued for plaintiff-appellant. With her on the brief was EDMUND MACIOROWSKI.

AIMEE LEE, Trial Attorney, International Trade Field Office, Civil Division, Commercial Litigation Branch, United States Department of Justice, of New York, New York, argued for defendant-appellee. With her on the brief were TONY WEST, Assistant Attorney General, JEANNE E. DAVIDSON, Director, and BARBARA S. WILLIAMS,

Attorney in Charge. Of counsel on the brief was CHI CHOY, Office of the Assistant Chief Counsel, International Trade Litigation, United States Customs and Border Protection, of New York, New York.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (RADER, *Chief Judge,* PLAGER and MOORE, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

April 7, 2011     /s/ Jan Horbaly
Date            Jan Horbaly
                     Clerk